John Ervin **WILSON**, Jr. a/k/a John Wilson, a/k/a John E. Wilson, Plaintiff–Appellant,

v.

Officer Shamika **BRODDY**, Defendant–Appellee.

No. 15–6687.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 28, 2015.

Decided: Nov. 5, 2015.

John Ervin Wilson, Appellant Pro Se. David Cornwell Holler, Lee Erter Wilson Holler & Smith, LLC, Sumter, SC, for Appellee.

Before MOTZ and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Ervin Wilson appeals the magistrate judge's% * order granting summary judgment to defendant and dismissing Wilson's complaint filed under 42 U.S.C. § 1983 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wilson v. Broddy,* No.

---

* The parties consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c) (2012).

9:14–cv–02531–BM (D.S.C. Mar. 30, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*